IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIFFNEY JAMISON, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE SERVICES, INC.<br><br>      Defendant. | Civil Action File<br>No.: 3:15-cv-2484<br><br><br>CLASS ACTION |

## DEFENDANT ESURANCE INSURANCE SERVICES, INC.'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY

    Defendant Esurance Insurance Services, Inc. ("Esurance"), by and through its counsel of record, hereby moves to dismiss Plaintiff Tiffney Jamison's ("Plaintiff") First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) or, in the alternative, to stay the case for the reasons set forth in the accompanying brief.

By: */s/ Blake J. Brownshadel*_____
Laura L. Geist - *admitted pro hac vice*
laura.geist@dentons.com
DENTONS US LLP
525 Market Street
San Francisco, CA 94105-2708
(415) 882-2424 - telephone
(415) 882-0300 - facsimile

-and-

Mark L. Hanover - *admitted pro hac vice*
mark.hanover@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
(312) 876-3145 - telephone

- 1 -

(312) 876-7934 - facsimile

-and-

Mark A. Silver - *admitted pro hac vice*
mark.silver@dentons.com
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308-3265
(404) 527-4671 - telephone
(404) 527-4198 - facsimile

-and-

Blake J. Brownshadel
Texas State Bar No. 24073969
blake.brownshadel@dentons.com
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, TX  75201
(214) 259-0900 - telephone
(214) 259-0910 - facsimile

**ATTORNEYS FOR DEFENDANT ESURANCE INSURANCE SERVICES, INC.**

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant conferred via email with counsel for Plaintiff on Monday, September 14, 2015 and informed Plaintiff's counsel of Defendant's intent to file this Motion to Dismiss or Motion to Stay.  Counsel for Plaintiff has not yet responded.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> William Craft Hughes
> craft@hughesellzey.com
> Jarret L. Ellzey
> jarrett@crafthugheslaw.com
> HUGHES ELLZEY, LLP

By:  */s/ Blake J. Brownshadel*
    Blake J. Brownshadel

ATLANTA 5665673.2

85056819\V-1

- 1 -